### Moran, Appellant, *v.* Moran.

Submitted September 9, 1968. *John A. O'Brien,* for appellant; *Brodie Herndon Moran,* appellee, in propria persona.

Order affirmed.

MONTGOMERY, J., dissented.

### Old Dutch Kitchen, Inc. Liquor License Case.

Argued September 11, 1968. *Richard J. Raab,* for appellant; *George Celain,* with him *Abraham J. Levinson,* for appellee; *Thomas J. Shannon,* Assistant Attorney General, with him *Lawrence F. Flick,* Special Assistant Attorney General, and *William C. Sennett,* Attorney General, for Pennsylvania Liquor Control Board, appellee.

Order affirmed.

WRIGHT, P. J., and MONTGOMERY, J., dissented.